JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR RAMSES BLASCO COTA, <br><br> Petitioner, <br><br> v. <br><br> WARDEN MDC LOS ANGELES, <br><br> Respondent. | NO. CV 25-543-VBF (AGR) <br><br> JUDGMENT |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus as moot and this action is dismissed without prejudice.

DATED: July 15, 2025

/s/ Valerie Baker Fairbank
_____
VALERIE BAKER FAIRBANK
United States District Judge